HERMAN WEISS, Respondent, v. MARTIN WEISS et al., Appellants.— Order denying motion to dismiss the complaint for insufficiency and pursuant to rule 107 of the Rules of Civil Practice, reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs. The Statute of Frauds is a bar to the maintenance of the action. (See *Weiss* v. *Weiss, ante,* p. 1058, decided herewith.) Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ., concur.

## (January 22, 1945.)

BRIGHTON OPERATING CORP., Respondent, v. P. WALKER MORRISON et al., as Trustees under a Declaration of Trust, Dated March 27, 1936, and a Plan of Reorganization for Mortgage Investments (Series B-K), Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 1000.]

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of The Fort Greene National Bank in New York, Appellant, v. PHILIP APFELBAUM et al., Defendants. JAMES H. HICKEY et al., as Executors of HENRY S. CHARDAVOYNE, Deceased, Defendants-Respondents.— Motion for reargument denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 455.]

In the Matter of the Probate of the Will of SARKIS BOSHNAKIAN, Deceased. PERUZ K. BOSHNAKIAN, Appellant; ROBERT W. DUVAL, as Special Guardian, et al., Appearing for ONNIK BOSHNAKIAN et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle order denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 1001.]

In the Matter of Letters of Administration on the Estate of SARAH J. SUMBERG, Deceased. BERTHA MARDER et al., Petitioners.— Application to this court, acting as a court of original jurisdiction, for an order which, it is alleged, was refused by the Surrogate of Kings County, denied, without costs. The application to the Surrogate should be made after the completion of the publication of notice to creditors, as required by section 121 of the Surrogate's Court Act, at which time the Surrogate, no doubt, will properly exercise his discretion. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

JAY S. LEVY, Respondent, v. HENRY LANG, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

ELEANOR MOCARSKI, as Administratrix of the Estate of FRANK MOCARSKI, Deceased, Respondent, v. TRANSIT-MIX CONCRETE COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 1004.]

JOHN N. NIGRO, as Executor of IRENE NIGRO, Deceased, Appellant, v. COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 442.]